# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:25-cv-10825-RGK-AGR | Date | November 24, 2025 |
|---|---|---|---|
| Title | *Kyle A. Perez v. LoanCare LLC et al.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) Order to Show Cause as to Subject Matter Jurisdiction**

Having reviewed the Defendant's Notice of Removal (ECF No. 1), the Court hereby **ORDERS DEFENDANT TO SHOW CAUSE, in writing**, as to the basis of the Court's subject matter jurisdiction. Specifically, the Court orders Defendant to show cause as to why Plaintiff's Complaint raises a federal question regarding the Real Estate Settlement Procedures Act (RESPA). The Court observes that merely citing a federal statute in a Complaint, without more, does not create federal question subject matter jurisdiction, such that the causes of action "aris[e] under" federal law. 28 U.S.C. § 1331.

In light of the pending Application for Temporary Restraining Order ("TRO") and Defendant's lack of response to the TRO, Defendant shall file a **Response to this Order to Show Cause by November 25, 2025 at 12 PM. Such a response shall not exceed five pages in length.** Failure to timely or adequately respond to this Order to Show Cause may, without further warning, result in remand of the case.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | JRE/sh |